## **Important Privacy Notice**

Federal Rule of Civil Procedure 5.2 prohibits litigants in a non-habeas proceeding from submitting documents that contain personal information. Unless the Court orders otherwise, personal identifying information in Court filings must be limited as follows:

• Social security numbers, taxpayer-identification numbers, and financial **account numbers must include only the last four digits** (e.g., xxx-xx-1234)

• Birth dates must **include the year of birth only** (e.g., xx/xx/2000)

• Names of persons under the age of 18 must be indicated by **initials only** (e.g., A.B.)

You are responsible for protecting the privacy of this information in your filings. If your documents, including attachments, contain any information that does not comply with this rule, please black out that information before sending your documents to the Court.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

Justin Samuels
_____

_____

_____
*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

Bryn Mawr College
_____
United States Department of Education
_____

_____

_____

_____

_____

_____

_____

_____

_____
*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**COMPLAINT**

Jury Trial:  ☒ Yes   ☐ No

(check one)

**I.     Parties in this complaint:**

A.     List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name              Justin Samuels
            Street Address    Rua Professor Joao Prates, 9
            County, City      2830-297          Barreiro
            State & Zip Code  Portugal
            Telephone Number  +351 920 362 800

*Rev. 10/2009*

B. List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
- Name: Bryn Mawr College
- Street Address: 101 North Merion Ave.
- County, City: Bryn Mawr Montgomery County
- State & Zip Code: PA 19010

Defendant No. 2
- Name: U.S. Department of Education
- Street Address: 400 Maryland Avenue, SW
- County, City: Washington, D.C. 20202
- State & Zip Code: ___

Defendant No. 3
- Name: ___
- Street Address: ___
- County, City: ___
- State & Zip Code: ___

Defendant No. 4
- Name: ___
- Street Address: ___
- County, City: ___
- State & Zip Code: ___

## II. Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A. What is the basis for federal court jurisdiction? *(check all that apply)*
   [X] Federal Questions    [ ] Diversity of Citizenship

B. If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? The Equal Protection Clause

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

### III. Statement of Claim:

State as briefly as possible the <u>facts</u> of your case. Describe how <u>each</u> of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? 10/10/2022

B. What date and approximate time did the events giving rise to your claim(s) occur? 10/10/2022

C. Facts:

[What happened to you?]

I emailed Bryn Mawr College to ask if I, a gay man could attend. Basically, they said no. Bryn Mawr College let's in male to female transgenders, female to male transgenders, and has detransitioners among its students. Yet they continue to reject men who wish to remain men. This is unconstitutional under the equal protection clause. Plus the Department of Education interprets Bosock vs Clayton County in order to investigate discrimination based on sexual orientation and gender identity. Denying admission to men who wish to remain men csbnot be done as Bosock vs Clayton county ruled against Clayton County sbd a other employer fir sexual orientation and gender identity discrimination

[Who did what?]

[Was anyone else involved?]

The admissions office sent me the email thst discriminated against me. I complained to the US Department of Education. They said that Bryn Mawr College has an exemption to be single sex. The single sex exemption they speak of was not intended to make women's colleges into lgbtq colleges that discriminate against gay men. The US Department of Education cannot protect the rights of lgbtq people while letting straight and masculine gay men be discriminated against. This is a violation of the equal protection clause

[Who else saw what happened?]

**IV.    Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. _____

I was told I could not proceed with admissions because I'm w msn evo wants to be a man. Imagine the uproar if a woman who wanted to be a woman.

**V.    Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

Bryn Mawr College must admit both sexes, all gender identities, and all sexual orientations. The United States Department of Education must stop sexual orientation and gender identity discrimination across the board. This necessitates the end of any Title IX exemptions. The Supreme Court was quite clear in SFFA vs Harvard and UNC that the equal protection clause protects all Americans equally in any government funded program.

As for compensation, I seek nominal compensation to be determined by the court

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this __25__ day of _____September_____ , 20__23__.

Signature of Plaintiff _____

Mailing Address  __Rua Professor Joao Prates, 9__

__2830-297 Barreiro__

__Portugal__

Telephone Number  __+361 920 362 800__

Fax Number *(if you have one)* _____

E-mail Address  __nywriter55@outlook.com__

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this _____ day of _____, 20_____, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

Signature of Plaintiff: _____

Inmate Number _____



# Browse the Constitution Annotated

## Fourteenth Amendment  Equal Protection and Other Rights

Amdt14.1 Overview of Fourteenth Amendment, Equal Protection and Rights of Citizens

Amdt14.2 State Action Doctrine

**Section 1 Rights**

All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside. No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws.

- Amdt14.S1.1 Citizenship
  - Amdt14.S1.1.1 Historical Background on Citizenship Clause
  - Amdt14.S1.1.2 Citizenship Clause Doctrine
  - Amdt14.S1.1.3 Loss of Citizenship
- Amdt14.S1.2 Privileges or Immunities
  - Amdt14.S1.2.1 Privileges or Immunities of Citizens and the Slaughter-House Cases
  - Amdt14.S1.2.2 Modern Doctrine on Privileges or Immunities Clause
- Amdt14.S1.3 Due Process Generally
- Amdt14.S1.4 Incorporation of Bill of Rights
  - Amdt14.S1.4.1 Overview of Incorporation of the Bill of Rights
  - Amdt14.S1.4.2 Early Doctrine on Incorporation of the Bill of Rights
  - Amdt14.S1.4.3 Modern Doctrine on Selective Incorporation of Bill of Rights
- Amdt14.S1.5 Procedural Due Process
  - Amdt14.S1.5.1 Overview of Procedural Due Process

Amdt14.S1.5.2 Liberty Deprivations and Due Process

Amdt14.S1.5.3 Property Deprivations and Due Process

Amdt14.S1.5.4 Civil Cases

    Amdt14.S1.5.4.1 Overview of Procedural Due Process in Civil Cases

    Amdt14.S1.5.4.2 Due Process Test in Mathews v. Eldridge

    Amdt14.S1.5.4.3 Notice of Charge and Due Process

    Amdt14.S1.5.4.4 Opportunity for Meaningful Hearing

    Amdt14.S1.5.4.5 Impartial Decision Maker

    Amdt14.S1.5.4.6 Additional Requirements of Procedural Due Process

    Amdt14.S1.5.4.7 Power of States to Regulate Procedures

    Amdt14.S1.5.4.8 Statutes of Limitations and Procedural Due Process

    Amdt14.S1.5.4.9 Burdens of Proof and Presumptions

Amdt14.S1.5.5 Criminal Cases

    Amdt14.S1.5.5.1 Overview of Procedural Due Process in Criminal Cases

    Amdt14.S1.5.5.2 Impartial Judge and Jury

    Amdt14.S1.5.5.3 Identification in Pre-Trial Process

    Amdt14.S1.5.5.4 Plea Bargaining in Pre-Trial Process

    Amdt14.S1.5.5.5 Guilt Beyond a Reasonable Doubt

    Amdt14.S1.5.5.6 Evidentiary Requirements in Criminal Cases

    Amdt14.S1.5.5.7 Competency for Trial

    Amdt14.S1.5.5.8 Due Process Rights of Juvenile Offenders

Amdt14.S1.5.6 Criminal Cases Post-Trial

    Amdt14.S1.5.6.1 Overview of Criminal Cases and Post-Trial Due Process

    Amdt14.S1.5.6.2 Criminal Appeals and Procedural Due Process

    Amdt14.S1.5.6.3 Probation, Parole, and Procedural Due Process

    Amdt14.S1.5.6.4 Prisoners and Procedural Due Process

Amdt14.S1.5.7 State Taxes

    Amdt14.S1.5.7.1 State Taxes and Due Process Generally

    Amdt14.S1.5.7.2 Assessment of State Taxes and Due Process

    Amdt14.S1.5.7.3 Notice of State Taxes and Due Process

        Amdt14.S1.5.7.4 Collection of State Taxes and Due Process

    Amdt14.S1.5.8 Other Contexts

        Amdt14.S1.5.8.1 Parental and Children's Rights and Due Process

        Amdt14.S1.5.8.2 Protective Commitment and Due Process

Amdt14.S1.6 Substantive Due Process

    Amdt14.S1.6.1 Overview of Substantive Due Process

    Amdt14.S1.6.2 Economic

        Amdt14.S1.6.2.1 Overview of Economic Substantive Due Process

        Amdt14.S1.6.2.2 Liberty of Contract and Lochner v. New York

        Amdt14.S1.6.2.3 Laws Regulating Working Conditions and Wages

    Amdt14.S1.6.3 Noneconomic

        Amdt14.S1.6.3.1 Overview of Noneconomic Substantive Due Process

        Amdt14.S1.6.3.2 Historical Background on Noneconomic Substantive Due Process

        Amdt14.S1.6.3.3 Informational Privacy, Confidentiality, and Substantive Due Process

        Amdt14.S1.6.3.4 Family Autonomy and Substantive Due Process

        Amdt14.S1.6.3.5 Marriage and Substantive Due Process

        Amdt14.S1.6.3.6 Sexual Activity, Privacy, and Substantive Due Process

    Amdt14.S1.6.4 Abortion

        Amdt14.S1.6.4.1 Abortion, Roe v. Wade, and Pre-Dobbs Doctrine

        Amdt14.S1.6.4.2 Restrictions on Abortion Funding

        Amdt14.S1.6.4.3 Abortion, Dobbs v. Jackson Women's Health Organization, and Post-Dobbs Doctrine

    Amdt14.S1.6.5 Medical Care

        Amdt14.S1.6.5.1 Right to Refuse Medical Treatment and Substantive Due Process

        Amdt14.S1.6.5.2 Physician Assisted-Death and Substantive Due Process

        Amdt14.S1.6.5.3 Civil Commitment and Substantive Due Process

Amdt14.S1.7 Due Process Limits on State Action

Amdt14.S1.7.1 Personal Jurisdiction

    Amdt14.S1.7.1.1 Overview of Personal Jurisdiction and Due Process

    Amdt14.S1.7.1.2 Personal Jurisdiction from Founding Era to 1945

    Amdt14.S1.7.1.3 Modern Doctrine on Personal Jurisdiction

    Amdt14.S1.7.1.4 Minimum Contact Requirements for Personal Jurisdiction

    Amdt14.S1.7.1.5 Reasonableness Test for Personal Jurisdiction

Amdt14.S1.7.2 State Taxation

    Amdt14.S1.7.2.1 State Taxing Power

    Amdt14.S1.7.2.2 State Jurisdiction to Tax

    Amdt14.S1.7.2.3 Real Property and Tangible Personalty

    Amdt14.S1.7.2.4 Intangible Personalty

    Amdt14.S1.7.2.5 Transfer (Inheritance, Estate, Gift) Taxes

    Amdt14.S1.7.2.6 Corporate Privilege Taxes

    Amdt14.S1.7.2.7 Individual Income Taxes

    Amdt14.S1.7.2.8 Corporate Income Taxes and Foreign Corporations

    Amdt14.S1.7.2.9 Insurance Company Taxes

Amdt14.S1.7.3 Void for Vagueness

Amdt14.S1.8 Equal Protection

    Amdt14.S1.8.1 Race-Based Classifications Generally

        Amdt14.S1.8.1.1 Overview of Race-Based Classifications

        Amdt14.S1.8.1.2 Equal Protection and Rational Basis Review Generally

        Amdt14.S1.8.1.3 Marriage and Facially Non-Neutral Laws

        Amdt14.S1.8.1.4 Judicial System and Facially Non-Neutral Laws

        Amdt14.S1.8.1.5 Public Designation and Facially Non-Neutral Laws

        Amdt14.S1.8.1.6 Public Accommodations and Facially Non-Neutral Laws

        Amdt14.S1.8.1.7 Political Process Doctrine

        Amdt14.S1.8.1.8 Peremptory Challenges

    Amdt14.S1.8.2 Segregation in Education

        Amdt14.S1.8.2.1 Brown v. Board of Education

        Amdt14.S1.8.2.2 Aftermath of Brown v. Board of Education

- Amdt14.S1.8.2.3 Implementing School Desegregation
- Amdt14.S1.8.2.4 Scope of Remedial Desegregation Orders and Ending Court Supervision
- Amdt14.S1.8.2.5 Remaining Vestiges of Unconstitutional Racial Segregation

Amdt14.S1.8.3 Segregation in Other Contexts

- Amdt14.S1.8.3.1 Overview of Segregation in Other Contexts
- Amdt14.S1.8.3.2 Housing and Segregation
- Amdt14.S1.8.3.3 Transportation and Segregation
- Amdt14.S1.8.3.4 Public Facilities and Segregation
- Amdt14.S1.8.3.5 Private Businesses and Segregation

Amdt14.S1.8.4 Facially Non-Neutral Laws Benefiting Racial Minorities

- Amdt14.S1.8.4.1 Early Doctrine on Appropriate Scrutiny
- Amdt14.S1.8.4.2 Modern Doctrine on Appropriate Scrutiny

Amdt14.S1.8.5 Facially Neutral Laws Implicating Suspect Classifications

Amdt14.S1.8.6 Voting Rights

- Amdt14.S1.8.6.1 Voting Rights Generally
- Amdt14.S1.8.6.2 Voter Qualifications
- Amdt14.S1.8.6.3 Partisan Gerrymandering
- Amdt14.S1.8.6.4 Equality Standard and Vote Dilution
- Amdt14.S1.8.6.5 Inequalities Within a State and Vote Dilution
- Amdt14.S1.8.6.6 Racial Vote Dilution and Racial Gerrymandering
- Amdt14.S1.8.6.7 Ballot Access

Amdt14.S1.8.7 Non-Race Based Classifications

- Amdt14.S1.8.7.1 Overview of Non-Race Based Classifications
- Amdt14.S1.8.7.2 Alienage Classification
- Amdt14.S1.8.7.3 Out of Wedlock Births

Amdt14.S1.8.8 Gender-Based Classifications

- Amdt14.S1.8.8.1 Doctrine on Gender Classifications from 1870s to 1960s
- Amdt14.S1.8.8.2 Doctrine on Gender Classifications During the 1970s

Amdt14.S1.8.8.3 General Approach to Gender Classifications

Amdt14.S1.8.8.4 Facially Non-Neutral Laws Benefiting Women

Amdt14.S1.8.9 Non-Suspect Classifications

Amdt14.S1.8.9.1 Meaning of Person in the Equal Protection Clause

Amdt14.S1.8.9.2 Meaning of Within Its Jurisdiction in the Equal Protection Clause

Amdt14.S1.8.9.3 Police Power Classifications and Equal Protection Clause

Amdt14.S1.8.10 Economic Regulation and Taxing Power

Amdt14.S1.8.10.1 Overview of Economic Regulation and Taxing Power

Amdt14.S1.8.10.2 Classifications for State Taxes

Amdt14.S1.8.10.3 Foreign Corporations, Nonresidents, and State Taxes

Amdt14.S1.8.10.4 State Income Taxes

Amdt14.S1.8.10.5 State Inheritance Taxes

Amdt14.S1.8.10.6 Motor Vehicle Taxes

Amdt14.S1.8.10.7 Property Taxes

Amdt14.S1.8.10.8 Special Assessments

Amdt14.S1.8.11 Sexual Orientation-Based Classifications

Amdt14.S1.8.12 Wealth-Based Distinctions

Amdt14.S1.8.12.1 Overview of Wealth-Based Distinctions and Equal Protection

Amdt14.S1.8.12.2 Criminal Procedures, Sentences, and Poverty

Amdt14.S1.8.12.3 Access to Courts, Wealth, and Equal Protection

Amdt14.S1.8.12.4 Educational Opportunity, Wealth, and Equal Protection

Amdt14.S1.8.12.5 Abortion, Public Assistance, and Equal Protection

Amdt14.S1.8.13 Fundamental Rights

Amdt14.S1.8.13.1 Overview of Fundamental Rights

Amdt14.S1.8.13.2 Interstate Travel as a Fundamental Right

Amdt14.S1.8.13.3 Residency Requirements and Interstate Travel

**Section 2 Apportionment of Representation**

Representatives shall be apportioned among the several States according to their

respective numbers, counting the whole number of persons in each State, excluding Indians not taxed. But when the right to vote at any election for the choice of electors for President and Vice-President of the United States, Representatives in Congress, the Executive and Judicial officers of a State, or the members of the Legislature thereof, is denied to any of the male inhabitants of such State, being twenty-one years of age, and citizens of the United States, or in any way abridged, except for participation in rebellion, or other crime, the basis of representation therein shall be reduced in the proportion which the number of such male citizens shall bear to the whole number of male citizens twenty-one years of age in such State.

    Amdt14.S2.1 Overview of Apportionment of Representation

## Section 3 Disqualification from Holding Office

No person shall be a Senator or Representative in Congress, or elector of President and Vice-President, or hold any office, civil or military, under the United States, or under any State, who, having previously taken an oath, as a member of Congress, or as an officer of the United States, or as a member of any State legislature, or as an executive or judicial officer of any State, to support the Constitution of the United States, shall have engaged in insurrection or rebellion against the same, or given aid or comfort to the enemies thereof. But Congress may by a vote of two-thirds of each House, remove such disability.

    Amdt14.S3.1 Overview of Disqualification Clause

## Section 4 Public Debt

The validity of the public debt of the United States, authorized by law, including debts incurred for payment of pensions and bounties for services in suppressing insurrection or rebellion, shall not be questioned. But neither the United States nor any State shall assume or pay any debt or obligation incurred in aid of insurrection or rebellion against the United States, or any claim for the loss or emancipation of any slave; but all such debts, obligations and claims shall be held illegal and void.

    Amdt14.S4.1 Overview of Public Debt Clause

## Section 5 Enforcement

The Congress shall have the power to enforce, by appropriate legislation, the provisions of this article.

    Amdt14.S5.1 Overview of Enforcement Clause

Amdt14.S5.2 Who Congress May Regulate

Amdt14.S5.3 Pre-Modern Doctrine on Enforcement Clause

Amdt14.S5.4 Modern Doctrine on Enforcement Clause

Subject: Draft Motion to Initiate Lawsuit in the U.S. Eastern District of Pennsylvania

Justin Samuels
Rua Professor Joao Prates, 9
2830-297 Barreiro
+351 920 362 800
screenwriter97@gmail.com
9/25/2023

Clerk of Court
U.S. District Court for the Eastern District of Pennsylvania

Re: Motion to Initiate Lawsuit Against Bryn Mawr College and the U.S. Department of Education

Dear Clerk of Court,

I hope this letter finds you well. I am writing to request the initiation of a lawsuit in the U.S. Eastern District of Pennsylvania against Bryn Mawr College and the U.S. Department of Education. This legal action is being pursued due to what I believe are clear violations of constitutional rights and federal anti-discrimination laws.

I am a man, and as a Black man whose parents hail from the segregated South, I stand firmly against all forms of discrimination and preferential treatment. I believe in the principles of equality and fairness that our nation was founded upon. It is with this conviction that I seek to address the following injustice.

Bryn Mawr College has implemented discriminatory admissions practices that I contend are in direct violation of both the United States Constitution and federal laws. In an email response dated October 10, 2022, the admissions office of Bryn Mawr College explicitly outlined their admissions policy. While the college professes to admit individuals of various gender identities, they explicitly stated that they do not admit straight men and masculine gay men.

I assert that this admissions policy constitutes unlawful discrimination based on sexual orientation and gender identity, as affirmed by the U.S. Supreme Court in the case of Bosock vs. Clayton County. This precedent clearly established that such discrimination is illegal. Furthermore, the Supreme Court's decision in Students for Fair Admissions (SFFA) vs. Harvard and the University of North Carolina (UNC) firmly concluded that preferential treatment in university admissions, or in any government-funded program, violates the equal protection clause.

It is crucial to note that Bryn Mawr College receives federal funds, which obligates them to adhere to federal anti-discrimination laws, including Title IX and Title VI. They are legally prohibited from discriminating against any individual based on sexual orientation, gender identity, or any other protected characteristic.

It is my belief that the U.S. Department of Education has a role in ensuring that institutions do not use federal funds to support discriminatory practices. However, it appears that the Department may be selectively enforcing anti-discrimination laws, allowing institutions like Bryn Mawr College to evade their responsibilities.

Therefore, I respectfully request the initiation of a lawsuit against both Bryn Mawr College and the U.S. Department of Education in the U.S. Eastern District of Pennsylvania. The objective of this legal action is to cease discriminatory admissions practices, uphold constitutional principles, and guarantee equal rights to all individuals. I believe that this case carries significant implications for equality and non-discrimination in education.

Please advise me of the necessary steps to initiate this lawsuit, including any required documentation and filing fees. I am committed to pursuing this matter diligently and ensuring that our legal system upholds the principles of equality and fairness.

Thank you for your attention to this request, and I look forward to your guidance and assistance in commencing this lawsuit.

Sincerely,

Justin Samuels



Justin Gaffney Samuels <screenwriter97@gmail.com>

# Discrimination against cisgendered men in admissions

**Justin Gaffney Samuels** <screenwriter97@gmail.com>  Wed, 12 Oct 2022, 13:05
To: <edwardjayblum@gmail.com>

Edward:

While technically it is illegal to discriminate on the basis of sex, more than 30 women's colleges have gotten exemptions from the federal government on this. But what's worse is they all jumped on the gender ideology bandwagon and they do admit men if they become male to female transgenders.

Here is an email from Bryn Mawr College saying I would have to live as a woman if I wanted to be admitted. We need to take this to the Supreme Court if necessary, to end the discrimination against cisgendered men in colleges and take a stand against gender ideology.
Sincerely,


Justin Samuels


---------- Mensaje reenviado ---------
De: **admissions** <admissions@brynmawr.edu>
Fecha: El lun, 10 oct 2022 a las 14:33
Asunto: Re: Can gay men attend Bryn Mawr College?
Para: Justin Gaffney Samuels <screenwriter97@gmail.com>


Hello,

Bryn Mawr College considers as eligible to apply to the undergraduate college all individuals who have identified and continue to identify as women (including cisgender and trans women), intersex individuals who do not identify as male, individuals assigned female at birth who have not taken medical or legal steps to identify as male, and individuals assigned female at birth who do not identify within the gender binary.

Best,

Office of Admissions

---

**From:** Justin Gaffney Samuels <screenwriter97@gmail.com>
**Sent:** Sunday, October 9, 2022 7:02 AM
**To:** admissions <admissions@brynmawr.edu>
**Subject:** Can gay men attend Bryn Mawr College?

Out of curiosity, can a gay man who gender conforming like myself attend Bryn Mawr College for an undergraduate degree? Was thinking about applying.