IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUSTIN SAMUELS, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIV. NO. 23-CV-3743 |
| | : | |
| BRYN MAWR COLLEGE, *et al.*, | : | |
|     Defendants. | : | |

## **ORDER**

*Pro se* Plaintiff Justin Samuels moves to "Add Crucial Evidence" (Doc. No. 7) and to "Add Evidence" (Doc. No. 8). Plaintiff is advised that discovery generally does not take place in a civil case until the defendants have answered the Complaint. See Local Rule 26.1(f); Notice of Guidelines For Representing Yourself (Appearing "*Pro Se*") in Federal Court. Samuels is advised that the Court will not entertain non-emergency motions in this case until the Complaint has been served and Defendants have responded to his Complaint.

**AND NOW**, this 11th day of October, 2023, Plaintiff's Motion to Add Crucial Evidence (Doc No. 7) and Motion to Add Evidence (Doc No. 8) are **DENIED** without prejudice because they are premature.

                                                                          **AND IT IS SO ORDERED:**

                                                                         */s/ Paul S. Diamond*
                                                                         _____
                                                                         Paul S. Diamond, J.