Justin Samuels
Rua 19, n•13, Parque Industrial da Quimigal-Barreiro
2830-138 Barreiro
nywriter55@outlook.com
+351 920 362 80"

11/16/2023

Case 2:23-cv-03743-PD

Subject: Change of Address Notification

Dear [Court Clerk's Last Name],

I hope this letter finds you well. I am writing to inform the court of a change in my residential address. Please update your records accordingly.

New Address:
Rua 19, n•13, Parque Industrial da Quimigal-Barreiro
2830-138 Barreiro

Portugal

I kindly request that you make the necessary adjustments to ensure that all future communications from the court are sent to my updated address. If any additional documentation or formalities are required for this update, please advise me promptly.

I appreciate your attention to this matter and thank you for your cooperation. Should you require any further information, please do not hesitate to contact me at [Your Email Address] or [Your Phone Number].

Sincerely,

Justin Samuels