Justin Samuels
Rua 19, n•13
Parque Industrial da Quimigal
2830-138 Barreiro
Portugal
+351 920 362 809
nywriter55@outlook.com
11/21/2023

Subject: Motion to Address Title IX Exemption and Discrimination Practices

Dear Judge Diamond:

I am writing to bring to your attention a matter of great importance regarding Bryn Mawr College's claimed Title IX exemption, which has raised concerns about potential discrimination practices. According to my findings, organizations that have initiated the coeducation process and admitted both sexes after a 7-year period are not exempt from complying with Title IX regulations, specifically in terms of discrimination.

Quoting directly from Bryn Mawr's own statements and supported by evidence from the Justice Department, it appears that the college admits both biological males who identify as male-to-female transgender individuals and biological females who identify as female-to-male transgender individuals. Bryn Mawr College has admitted lgbtq individuals of both sexes for over 7 years. Meaning it has no right to an exemption. See the attached text from your the Department of Justice.

Title IX exemptions should not serve as a shield for ongoing discrimination, and it is crucial to address this issue promptly. The specific text in question, along with the accompanying source from the Justice Department, is attached for your reference.

Furthermore, it is essential to consider the broader legal context. The equal protection clause, akin to the civil rights law of 1866, provides a foundation for challenging discriminatory practices. Recent legal actions against private grant-making entities, such as the ongoing litigation involving the Fearless Fund, highlight the legal scrutiny applied when discrimination is alleged.

Drawing parallels to past cases, including those applying the civil rights act of 1866 to private universities like Harvard, strengthens the argument against any potential exemption Bryn Mawr claims under Title IX.

I kindly request your attention to these matters and propose the initiation of a thorough investigation into Bryn Mawr's Title IX practices. This motion aims to ensure that the college upholds the principles of non-discrimination in compliance with federal laws.

Thank you for your prompt attention to this matter.

Sincerely,

Justin Samuels