- Justin Samuels
- Rua 19, n•13
- Parque Industrial da Quimigal
- 2830-138 Barreiro
- Portugal
- +351 920 362 800
- [nywriyer55@outlook.com](nywriyer55@outlook.com)
- 11/23/2023

Subject: Request to Include Additional Evidence in the Case

Dear Judge Diamond:

I hope this email finds you well. I am writing to bring forth additional evidence related to the ongoing case. Bryn Mawr College has positioned itself as an LGBTQ college, specifically focusing on transgender issues. However, it is crucial to note that the rates of detransitioning are on the rise, and procedures related to transgender transitions may lead to permanent sterilization.

Recent data indicates that puberty blockers can result in sterility among young individuals, and those undergoing a full set of surgical procedures are permanently sterilized. This raises ethical concerns, especially considering that many young people may not possess the mental capacity to make such life-altering decisions.

Furthermore, there is evidence suggesting that some individuals may identify as transgender as a means of coping with the stigma associated with same-sex attraction. The post-operative health issues and social marginalization faced by transgender individuals post-operation contribute to a higher suicide rate among this population.

It is important to highlight that Bryn Mawr College, despite positioning itself as a women's college, has chosen to admit transgender individuals, potentially capitalizing on this growing phenomenon. This decision raises questions about the college's commitment to LGBTQ rights and its true identity as a women's college. In other words, this isn't sincere concern about women or even transgenders. This is capitalizing on a trend abd in the process they illegally discriminate against men who wish to remain men.

In light of these concerns, I am submitting this evidence to support my case and would appreciate your attention to this matter.

Thank you for your time and consideration.

Sincerely,

Justin Samuels