# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUSTIN SAMUELS,<br><br>    Plaintiff,<br> v.<br><br>BRYN MAWR COLLEGE, *et al.*,<br><br>    Defendants. | Civil Action No. 23-CV-3743<br><br>Hon. Paul S. Diamond |

## RULE 26(f) JOINT STATUS REPORT

Pro se Plaintiff Justin Samuels and Defendant Bryn Mawr College ("BMC") submit this Joint Status Report pursuant to Federal Rule of Civil Procedure 26(f) and Judge Paul S. Diamond's Standing Order dated November 15, 2023.[1]

Basis of Jurisdiction:   Federal question jurisdiction pursuant to 28 U.S.C. § 1331

Jury Trial: __X__   Non-Jury Trial: _____   Arbitration: _____

Plaintiff's counsel participating in the Rule 16 Conference: Pro se Plaintiff Justin Samuels is participating in the conference.

Defendant's counsel participating in the Rule 16 Conference: Michael E. Baughman, Troutman Pepper Hamilton Sanders, LLP

Do counsel have full authority to settle at Rule 16 Conference? __Yes__

  If not, client with such authority who will attend conference: _____

When did the parties hold the Rule 26 Conference? __November 27, 2023__[2]
When did the parties comply with Rule 26(a)'s duty of self-executing disclosure? __The Parties intend to serve Rule 26(a) disclosures by December 1__
Does either side expect to file a case-dispositive motion __Yes__ (yes/no)

---

[1] Defendant the United States Department of Education has not yet responded to the Complaint and no attorney has entered an appearance. Therefore, the Department of Education did not participate in the conference.

[2] The parties had scheduled to meet on November 27 by Zoom. Plaintiff had connectivity issues that prevented meeting in person; therefore, at his request, the Parties worked out the details of this form over email.

If yes, under what Rule? Rule 12(b)(6), Rule 56
If yes, specify the issue? Defendant filed a motion to dismiss for failure to state a claim. Defendant anticipates filing a motion for summary judgment on the issue of liability.
Proposed deadline for filing dispositive motions: Defendant filed a motion to dismiss on November 10, 2023. The parties propose to file their summary judgment motions 30 days after the close of discovery.
Does either side anticipate the use of experts? No

If yes, what is the proposed deadline for expert discovery? _____

Approximate date case should be trial-ready: June 21, 2024

Time for Plaintiff's case: 2 days     Time for Defendant's case: 2 days

Is a settlement conference likely to be helpful? No     If so, when: _____

Do parties wish to proceed before a Magistrate Judge for final disposition? No

Plan for Discovery

1. The parties anticipate that discovery should be completed within 60 days after the pleadings are closed.

2. What is the minimum amount of time necessary to complete discovery prior to an ADR session, should one be ordered or agreed to? 60 days

3. Have the parties discussed issues relating to claims of privilege or of protection as trial-preparation material, as required by Rule 26(f)(3)(D)? Yes

4. Identify any other discovery issues which should be addressed at the Rule 16 conference, including limitations on discovery, protective Orders needed, or other elements which should be included in a particularized discovery plan. Defendant requests that the Court issue a stay of discovery pending a resolution of Defendant's motion to dismiss because the motion is dispositive, the case is legally baseless, and it would be expensive and burdensome to engage in discovery with an unrepresented party. Plaintiff opposes this request. Defendant also proposes that the parties be limited to one deposition each. Plaintiff agrees to this proposal.

5. If you contend the discovery period to exceed 90 days, please state a reason: _____

6. Do the parties anticipate the need to subpoena any third-parties? No

   If yes, to the extent any authorizations or releases are required to be signed, counsel should exchange them in advance of the Rule 16 Conference.

Dated: November 27, 2023

*/s/Michael Baughman*
Michael E. Baughman (PA 78690)
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
(215) 981-4000
michael.baughman@troutman.com
*Attorney for Defendant Bryn Mawr College*

Justin Samuels
*Pro se Plaintiff*