Motion for Judgment

Case No.: [2:23-cv-03743-PD](2:23-cv-03743-PD)

Plaintiff: Justin Samuels

Defendant: U.S. Department of Education

The Court: US District Court Eastern District of Pennsylvania

Date: 12/25/2023

INTRODUCTION

This motion is brought by Plaintiff [Your Name] against Defendant U.S. Department of Education (the "Department") for failure to enforce Title IX of the Education Amendments of 1972 (Title IX). Plaintiff alleges that the Department has allowed certain women's colleges, including Bryn Mawr College, to continue to discriminate against straight and gay men after these colleges admitted male-to-female transgender students.

STATEMENT OF FACTS

- Title IX prohibits discrimination on the basis of sex in education programs and activities receiving federal financial assistance.
- The Department has exempted single-sex colleges from Title IX's requirements, but these exemptions expire seven years after a college starts a transition away from single-sex enrollment.
- Bryn Mawr College has admitted both male-to-female transgender students and female-to-male transgender students for over seven years.
- As a result of admitting transgender students, Bryn Mawr College has transitioned away from being a single-sex college.
- The Department has failed to enforce Title IX by allowing Bryn Mawr College to continue to discriminate against straight and gay men.

ARGUMENT

The Department's failure to enforce Title IX is unlawful. Title IX prohibits discrimination on the basis of sex in education programs and activities receiving federal financial assistance. This includes discrimination against straight and gay men. The Department has a duty to enforce Title IX, and its failure to do so is a violation of Plaintiff's right to equal protection under the law.

The Department's failure to act is also contrary to the Supreme Court's decision in SFFA v. UNC and Harvard. In that case, the Supreme Court held that the Civil Rights Act of 1866 prohibits discrimination on the basis of race in both public and federally funded private colleges. This also applies to sed as the justice's language make it clear the government and government financed programs must treat all citizens equally, and that applies to sex. This decision applies to Title IX, which is based on the Civil Rights Act of 1866.

CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that the Court grant the following relief:

- A judgment in favor of Plaintiff and against Defendant, declaring that the Department's failure to enforce Title IX is unlawful;
- A permanent injunction prohibiting the Department from allowing Bryn Mawr College to continue to discriminate against straight and gay men;
- An award of damages to Plaintiff for the harm he has suffered as a result of the Department's discrimination;
- Such other and further relief as the Court may deem just and equitable.

DATED THIS 12/25/2023

Justin Samuels