DLD-178

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 24-1566
_____

JUSTIN SAMUELS,
                Appellant

v.

BRYN MAWR COLLEGE; UNITED STATES DEPARTMENT OF EDUCATION
_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Civil Action No. 2-23-cv-03743)
District Judge:  Honorable Paul S. Diamond
_____

Submitted on Appellees' Motions for Summary Action
Pursuant to Third Circuit LAR 27.4 and I.O.P. 10.6
September 5, 2024
Before:  JORDAN, PORTER, and PHIPPS, Circuit Judges

_____

**JUDGMENT**
_____

      This cause came to be considered on the record from the United States District Court for the Eastern District of Pennsylvania and was submitted for possible summary action pursuant to Third Circuit LAR 27.4 and I.O.P. 10.6 on September 5, 2024.  On consideration whereof, it is now hereby

      ORDERED and ADJUDGED by this Court that the judgment of the District Court entered March 25, 2024, be and the same hereby is affirmed as modified. All of the above in accordance with the opinion of this Court.

                                    ATTEST:

                                    s/ Patricia S. Dodszuweit
                                    Clerk

DATED: September 26, 2024

Certified as a true copy and issued in lieu of a formal mandate on   11/18/2024

Teste: *Patricia A Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**